## DAVIDSON v. ROBERTS.

(Decided April 20, 1916.)

APPEAL from Birmingham City Court.

Heard before Hon. H. A. SHARPE.

No counsel marked for appellant. HARSH, HARSH & HARSH, for appellant.

PER CURIAM.—Appeal dismissed by agreement.

------

## EDMONDSON, ET AL. v. CLOPTON.

(Decided May 18, 1916.)

APPEAL from Morgan Circuit Court.

Heard before Hon. R. C. BRICKELL.

No counsel marked for either party.

PER CURIAM.—Appeal dismissed for want of prosecution.

------

## ELLIOTT v. TARTT.

(Decided April 20, 1916.)

APPEAL from Birmingham City Court.

Heard before Hon. JOHN C. PUGH.

No counsel marked for appellant. J. W. PATTON, for appellee.

PER CURIAM.—Affirmed on certificate.

------

## FARLEY v. THE STATE.

(Decided April 20, 1916.)

APPEAL from Mobile City Court.

Heard before Hon. O. J. SEMMES.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

EVANS, J.—No bill of exceptions, no error of record. Affirmed.